UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cr-20172-WILLIAMS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EDRISSE MICHELIN,

    Defendant.
_____/

## SENTENCING MEMORANDUM

Defendant, EDRISSE MICHELIN, hereby files his Sentencing Memorandum and states:

The law is well-settled that this Court must consider the factors set forth in Title 18 U.S.C. § 3553 when fashioning an appropriate sentence in this case. *United States v. Crawford*, 407 F.3d 1174, 1178 (11th Cir. 2005). While § 3553 sets forth a wide range of factors that must be evaluated, this Court may weigh some factors more heavily than others. *United States v. Clay*, 483 F.3d 739, 743 (11th Cir. 2007). One of the factors that should be given consideration here is the history and characteristics of the defendant.

Michelin acknowledges that he has made some poor decisions. He has not had much success in life financially. He has a long history of substance abuse. His incarceration will only exacerbate the already difficult circumstances he faces with regard to the responsibility to support his children. And, this offense, the only time he encountered the criminal justice system, puts him in jeopardy of losing his ability to remain in the United States.

CASE NO. 22-cr-20172-WILLIAMS

Michelin accepted full responsibility for his actions in this case. He understands the severity of the offenses and the need for just punishment. He also recognizes that he is facing a lengthy term of imprisonment for his crime. He is likewise prepared to accept this punishment. Michelin simply pleads with this Court to consider these factors when determining his sentence in this case.

Respectfully submitted,

*/s/ Michael Mirer*
**MICHAEL MIRER, ESQ.**
100 N. Biscayne Blvd.
Suite 1300
Miami, Florida 33130
Telephone:   (305) 536-6177
Facsimile:   (305) 536-6179
E-mail:   michael@mirerlaw.com
Florida Bar No. 119490

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically and served on counsel using the cm/ecf filing system this 22nd day of November, 2022.

*/s/ Michael Mirer*
**MICHAEL MIRER, ESQ.**