UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-20172-CR-WILLIAMS/MCALILEY

UNITED STATES OF AMERICA,
             Plaintiff,

v.

EDRISSE MICHELIN,
             Defendant.
_____/

## NOTICE OF FILING DEFENDANT'S RECOMMENDATION LETTERS

The Defendant, EDRISSE MICHELIN, by and through the undersigned counsel, respectfully files the following for review:

      A.     Recommendation/Character Letters, *attached hereto.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing was furnished to: **Stephen Demanovich, Assistant United States Attorney's** on this 22nd  day of November 2022.

Respectfully submitted,


By:___*Michael Mirer*___
MICHAEL MIRER, ESQ.
Florida Bar No.  0119490
100 Biscayne Blvd,
Suite 1300
Miami, Florida 33132
Tel.: 305-536-6177
Fax: 305-536-6179

Eddy Michelin

November 14, 2022

Re: Mr. Edrisse Michelin

To The Honorable Judge Kathleen Williams

Thank You for taking the time to read my letter. My name is Eddy Michelin. I am the father of Edrisse Michelin.

I have spent my entire life showing Edrisse what it means to be a man, what it takes to provide for a family, help your community and the value of always doing the right thing. Edrisse has explained to me the situation he is in and the actions that lead him to do what he did and I am extremely disappointed in my son. As a man/father who has made mistakes, I understand it is impossible to live a perfect life but it is possible to live a life without crime.

In Haiti my son spent the first years of his life living with his grandmother and all the orphaned kids she would take in because his mother and I were not yet a household. After his mother and I had our second child we built a life together, and that was short lived due to the crime and violence in Haiti at the time. After I was brutalized and had my two front teeth knocked out by gang members we were granted entrance to America and every day I would explain to my Son about the opportunities he had here in America versus the life he would have had in haiti. And Shortly after arriving in America my father , Edrisse grandfather was killed.

So he understands what it is like to be a victim of a crime, I would never have imagined my son would be in a situation like this and the entire family is speechless because we know edrisse, We know his nature and this is not characteristic of him. He is a father of 8 wonderful kids, A caring brother who will do anything for his siblings, A son who honors his parents and if you have him as a friend there is nothing he wouldn't do to help you and your family.

He has done great wrong and he has come to realize the severity and repercussions of his crime. Part of being a man is knowing when you have done wrong and doing something to correct it and make it right. My son is standing and taking accountability for his actions and is working towards correcting the wrong he has done. I see the actions he is taking now to make

up for the people he has hurt  and repay the debt that is owed. He has written a book to help many Americans earn income from home selling on Amazon, and they are prospering in this. He has started a group helping thousands of people navigate and overcome obstacles in this new journey and the people are extremely grateful to him and his wife.

I ask that if possible and available that you show my son mercy

Thank You,

Eddy Michelin

Edith Michelin

November 12, 2022

Re: Mr. Edrisse Michelin

To The Honorable Judge Kathleen Williams

I am writing on behalf of my brother Edrisse Michelin, at this time I understand my brother has pleaded guilty to the charges against him. My brother despite his recent actions is a dedicated family man who still has core values.

All my life my brother has been the type of person who always wants to help, putting the needs of family and friends almost always before his needs. He attended church from the day he was born until 2019 when covid happened and churches had to shut down or find a new way of holding services, He played Trumpet at  Upper Room Assembly of God church for over 20 years - only missing a sunday due to illness ( which was rare) -and not collecting a dime for his time but doing it in service of God.

My brother gave up on his dreams of medical school and dropped out of college to help provide for our family when we needed it the most. He is a great father to 8 wonderful active kids, never missing an event - even if that means spending the entire day going to different events for each child. He is a caring brother - I will never forget the time he helped me move from Homestead, FL to Macon, GA…. I was scared to drive my car up and everything was new to me, so he drove my car up , packed all my belongings and helped me set up everything in my apartment. After he was done, he took the 8 hour greyhound bus to homestead alone.

As a child my brother played the role of parent and protector. Our parents would work 2-3 jobs and be gone most days and nights, It would just be my brother taking care of the five of us. Cooking,Cleaning,Doing Homework with us, all while making sure he had his things in order and he never changed, This is the man he is and remains. Life is different when you are the oldest child, especially when you are the oldest of six to an immigrant family. He had to take on responsibilities that a normal 8 year old today would never have to and in a position that most 8 year olds will never go through, I remember spending most elementary days waiting for my brother to get home safe because he would have to run home so his fellow classmates would not brutalize him for being haitian and on most occasions he would make it,I remember one day

they chased him all the way to the door of our apartment and hurled rocks at him, even to the point of striking him in the eye and my mother had to call paramedics to tend to his eye. Life was not easy for my brother and he never talks about the downfalls, He stays positive and motivates others to do the same.

My brother has expressed the lack of judgment he exhibited that led him to being in the situation he is in now and the extreme remorse he feels. My brother is a good person that in a moment of weakness went against his core values and did the wrong thing, but I believe he will never let that happen again and he can go back to being a positive and contributing member to society, I hope you find it possible to have mercy on my brother.


Sincerely,



Edith Michelin

Marie Michelin

November 12, 2022

Re: Mr. Edrisse Michelin

To The Honorable Judge Kathleen Williams

Good Day, My name is Marie Michelin and I am the mother of Edrisse Michelin.

I have so much to say about my son, I gave birth to Edrisse When I was very young. His father and I were not together for the first years of his life so he spent almost all of his childhood years living with my Mother.

My Mother lived in a modest farming village type community in Haiti and she would take in all the unwanted kids and kids whose parents have died due to the fighting in haiti or diseases and raise them as her own until they were old enough to leave or a family member could provide for them, edrisse grew up with many orphans and unwanted kids coming in and out of my Mothers home, he  treated them all like siblings sharing all he had with them, even when he had little. Since a young age he has always had a protector/provider mindset, He was always advanced for his age.

When we came to America from Haiti it was not on good terms and I do fear for my son when he is returned to haiti. I understand that there is nothing that could be done here in this court today.

My son has committed a serious crime due to his bad judgment and disregard of the good christian morals and values we put in him at a young age. But He is still the same good person and he has expressed to me how he came to lose track of these things and who he is. I would never imagine edrisse would be in a situation like this or that he would ever do something as selfish as this , to only think of his family and the situation they are in and not all the millions of Americans who were also going through a very bad time during covid and needed help.

He completely understands and expressed to me  the impact he has had on the lives of many by taking what was not his and is working to repay every dollar taken while pouring more into the community. I see my 8 grand kids almost everyday, and it breaks my heart knowing that they will lose their father.

" For though the righteous fall seven times, they rise again", My son, despite going through this very hard time, is still helping thousands of people, through his facebook group with his wife, and I have seen how they Thank them for all the good they are doing. It has taken this serious situation to get him back on the right track and I believe he can be good again, so as a mother Please I beg that you show mercy on my son

God Bless You,

Marie Michelin

Woody Michelin

November 12, 2022

Re: Mr. Edrisse Michelin

To The Honorable Judge Kathleen Williams

My name is Woody Michelin and I am the youngest brother to Edrisse Michelin. Thank you for taking the time to read my letter and allowing me the opportunity to write to you.

Despite his recent actions , My brother has been a role model to many and the one thing and first thing anyone will tell you about my brother is his willingness to help others. I understand the seriousness of his crime and that things done in the past do not overwrite any crime. But he is still that person and made a poor choice.

He is the most positive person I know, always striving for good, The type of man to give his only car to a family whose provider was going through cancer so that they can get his kids to school, He played trumpet in the church for over 20 years refusing pay because he would rather serve God than have it feel like a job, spend 2 years going door to door in the most dangerous and underserved communities in miami dade (Overtown,Opa-locka,Florida City, Little haiti and more) to make sure people have access to health insurance ( most of the time it was free to the person, but they don't know). And If you are in the hospital or in trouble he is the first person at your side and the person taking you home after. I can go on about the type of person my brother is and make a list of the things I have seen him do for people that others would not.

I am also probably one of the only people aside from his wife that also knows about the issues my brother has. He suffers from issues with extreme anxiety, which leads him to drinking  or isolating himself from everyone when it's extremely severe.

My brother has made a terrible decision and has made us aware of how serious his crimes are and how much remorse and regret he feels for having let us and the community down. I am asking that you see my brother for the whole man that he is and not just for this moment, when you decide on his punishment.

Thank You,

Woody michelin