UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-CR-20172-KMW

UNITED STATES OF AMERICA

vs.

EDRISSE MICHELIN,

      **Defendant.**
_____/

## RESTITUTION ORDER

On February 17, 2023, the parties filed a joint stipulation regarding the restitution amount in this case.  Pursuant to the Mandatory Victims Restitution Act of 1996, the defendant is ordered to pay restitution, in the amount set forth below, payable to the victim in this case, as directed by the Court and the United States Probation Office:

| **Defendant** | **Victim** | **Amount** |
|---|---|---|
| Edrisse Michelin | The United States Small Business Administration (SBA) | $586,990.00 |

The payments made by the defendant in this case will be credited toward the full amount of the victim's losses.  The defendant must pay the total sum of restitution as ordered by the Court, until or unless the United States advises the defendant, and this Court, that the victim has received the full amount of its losses.

If, upon commencement of the term of supervised release, any part of the restitution remains unpaid, the defendant shall make payments on such unpaid balance beginning 60 days after release from custody at a rate to be determined by the United States Probation Office at the

time of release, subject to review by the Court upon the request of the defendant. Furthermore, it is ordered that interest on the unpaid balance is waived pursuant to 18 U.S.C. § 3612(f)(3).

The restitution hearing set March 1, 2023, is hereby **CANCELED**.

**DONE AND ORDERED** at Miami, Florida this 17th day of February 2023.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

Copy:
Counsel of Record.