MOTION FOR REDUCTION OF SENTENCE
UNDER 18 U.S.C. 3583 (c)(2), IN LIGHT OF AMENDMENT 821
U.S.S.G. 1B1.1;- 4C1.1 - 2-POINT REDUCTION

FILED BY __MC__ D.C. 22cr20172

COMES NOW, Edrisse Michelin (Petitioner), Pro-Se, Asking this Honorable Court for a reduction in sentence in light of Amendment 821 of U.S.S.G 1B1.10 (4C1.1-Part C). Petitioner does not have a prior criminal history and has worked as a law-abiding, contributing member of society prior to the instant offense and will continue working to reconcile as a productive member of society upon release.

On December 1, 2022 this Honorable Court Sentenced the Petitioner, based on the agreed guideline range of 21 (37 months - 46 Months) in the plea agreement, to 42 months of imprisonment to be followed by 5 years of supervised release. In accordance to plea agreement for a conviction of: 18:1342 Wire Fraud (CT1,CT2) , 18:1343 (A) (2) Use of One or More Unauthorized Access Device (CT3) and 18:1028 (A) (1) Aggravated Identity Theft (CT4).

This Honorable Court imposed the sentence under the sentencing guidelines that existed before the U.S. Sentencing Commission revised the guidelines, effective on November 1, 2023. Petitioner's understanding is that this amendment becomes retroactive on February 1, 2024.

Subpart 1 of part B under 2023 Criminal History Amendment creates a new "4c1.1" guideline that provides a decrease of two levels for "Zero-point offenders" (no criminal history points). Based on the eligibility criteria set forth in "U.S.S.G. 4C.1" , Petitioner believes that he qualifies for a two-point reduction.

The petitioner respectfully asks this Honorable Court to consider that if the revised guidelines existed at the time of sentencing, the Court would have considered a lower sentencing range.

Title 18 U.S.C. 3582 (c)(2) establishes the authority for a court to reduce a term of imprisonment if:

(1) The defendant was sentenced based on a guidelines range that has subsequently been lowered by the sentencing Commission per 28 U.S.C. 994(o) and 28 U.S.C. 994 (u);

(2) The reduction would be consistent with the Commission's applicable policy statements; and

(3) After considering the applicable 18 U.S.C. 3553(a) factors.

The relevant policy statement,1B1.10, implements the statute's directive. Section 1B1.10(c) lists qualifying amendments. One such amendment altered the guidelines under Chapter Four, Part A regarding criminal history calculations (see Guidelines Manual, Nov. 2021)

Applying this particular Chapter Four amendment to the defendant's case could lower the applicable guidelines range by two levels. A reduced sentence may therefore be warranted through 18 U.S.C. 35582 (c)(2).

POST-SENTENCE REHABILITATION

Petitioner has completed several rehabilitative programs and has been on waiting list/actively enrolled in various faith-based, educational, academic, work force, re-entry and character building programs since the beginning of his incarceration.

Petitioner is currently employed as an Orderly for the Recreation Department at FCI Milan.

Petitioner has maintained a clear, infraction-free record in prison since the beginning of his incarceration and has maintained a Low risk recidivism level through programming and conduct (see Exhibit E).

The following is a list of programs Completed, Waiting list or enrolled (in progress) by the petitioner (see Exhibits A-G):

1. Life Connections Program - (Exhibit A & G)
2. Paralegal Certificate Program - Blackstone Institute - 915 Hour Correspondence Course (See Exhibit B)
3. Drug Education (Exhibit E)
4. ACT Work Keys (Exhibit E)
5. The Gospel Of John - American Bible Academy Correspondence Course (Exhibit F)
6. Christian doctrine - Volume 1 - American Bible Academy Correspondence Course (Exhibit C)
7. Augustine - Ace Course (Exhibit G)
8. Experiencing Hubble - Ace Course (Exhibit G)
9. Our Nights Sky - Ace Course (Exhibit G)
10. Superstar Student - Ace Course (Exhibit G)
11. The Addictive Brain - Ace Course (Exhibit G)
12. Think Like an Economist - Ace Course (Exhibit G)
13. Art of Storytelling - Ace Course (Exhibit G)
14. Argumentation - Ace Course (Exhibit G)
15. Photography - Ace Course (Exhibit G)
16. Thursday Night LCP course - (Exhibit G)
17. Monday Night LCP course- (Exhibit G)

RELEASE PLAN

The petitioner has been working diligently to make amends and make positive changes to his life, Petitioner understands the importance of accepting responsibility and making amends to reconcile with society. For this reason the petitioner has worked to create a release plan which will provide for a smooth re-entry into society.

Petitioner plans to stay with his Wife and their Eight Kids at 27541 SW 139th Pl., Homestead FL 33032. Petitioner plans on securing employment immediately and has several potential job offers which meet the criteria of his supervised release. Petitioner plans to continue his education and obtain a certificate in Computer programming and Sales development which will help petition secure proper employment and salary. Petitioner has full support from his family and friends.

Petitioner will abide by all the restrictions, rules, regulations and conditions applicable to him by the Honorable Court and by the probation office as included in Supervised Release Conditions.

CONCLUSION

Keeping with the fair application of the new United States Sentencing Commission's Retroactive Amendment, Petioner prays for a sentence reduction in accordance with this amendment.

Respectfully Submitted,

/s/ _____  Date: 03-29-2024
Edrisse Michelin #99727-509

EDRISSE MICHELIN
Federal ID. # 99727-509
FCI MILAN
P.O. BOX 1000
MILAN, MI 48160

AFFIDAVIT

Edrisse Michelin, Pro se Petitioner, herby states and deposes that the following attached documents are true and correct copies of the following exhibits:

A. Life Connections Program Letter of participation (EXHIBIT A)
B. Blackstone Career Institute School Transcript (EXHIBIT B)
C. American Bible Academy Certificate ( EXHIBIT C)
D. Individualized Needs Plan - Program Review ( EXHIBIT D)
E. FSA Recidivism Risk Assessment (PATTERN) (EXHIBIT E)
F. American Bible Academy Contact Information (EXHIBIT F)
G. Inmate Education Data Transcript (EXHIBIT G)

Respectfully submitted,

/s/ _____  Date: 03-29-2024
Edrisse Michelin #99727-509

service to be affected on the following via ECF:

EDRISSE MICHELIN
#99727-509
FCI MILAN
P.O. BOX 1000
MILAN, MI 48160

CERTIFICATE OF SERVICE

I, Edrisse Michelin, do herby certify that the attached motion for reduction of sentence under 18 U.S.C. 3582 (c)(2) in light of Amendment 821 of U.S.S.G 1B1.10 - (4C1.1 - PART C) - 2-Point Reduction for Zero-Point & First Time Offenders was filed with the Clerk of Court, United States District Court, Southern District of Florida, Miami Division, and served on all parties of record by the ECF Filing through the inmate legal mail system of the Federal Correctional Institution at Milan, Michigan, Prepaid First Class postage affixed in accordance with rule 25 (A)(2)(C)(i) of the federal rules of procedure as well as the supreme court's decision in Houston v. Lack, 487 U.S. 266 (1988).

Furthermore, These documents are executed under the penalty of perjury pursuant to 18 U.S.C. 1746, this 29th day of March, 2024.

Respectfully Submitted,

/s/ _____ Date: 03-29-2024
Edrisse Michelin #99727-509

Service to be affected on the following via ECF:

(1)
EDRISSE MICHELIN
#99727-509
FCI MILAN
P.O. BOX 1000
MILAN, MI 48106

*EXHIBIT A*



**U.S. Department of Justice**
Federal Bureau of Prisons

---

*Federal Correctional Institution*
*4000 East Arkona Road*
*Milan, Michigan 48160*

February 5, 2024

TO WHOM IT MAY CONCERN:

FROM:   J. Cooper, Chaplain, Life Connections Program

SUBJECT:   Life Connections Program Participation

Mr. Edrisse Michelin is a participant in the Life Connections Program, the 18 month Bureau of Prisons Faith Based Reentry Program. The goal of the Life Connections Program is to enable personal transformation through personal study, group learning, and mentoring relationships. The core curriculum includes studies on spirituality, religious tolerance, obligation to right the wrong, managing emotions, managing conflict, following a moral compass, family connections, and transitional issues. Additionally, classes in public speaking and small business are offered, and numerous seminars with guest speakers are required. While in the program, each participant is required to give four individual presentations and one group presentation. Finally, all participants complete 150 hours of addictions program studies as well as 500 hours of community service. Any questions may be directed to Chaplain Cooper at 734-439-4728.


 Blackstone Career Institute

PO Box 3717, Allentown, PA 18106-3717

EXHIBIT B

## Unofficial Student Transcript
### 31 Lesson Legal Assistant/Paralegal Certificate Program
### 915 Clock Hours

Student Number: 08060489
Student: Edrisse Michelin 99727-509
Enrollment Date: 02/27/2023
Address: FCI Milan
PO Box 1000
Milan MI 48160
Expected Completion Date: 02/26/2025
Status Date: 03/09/2023
Student Status: Active

| Text/Subject | Date Completed | Grade | Text/Subject | Date Completed | Grade |
|---|---|---|---|---|---|
| Lesson: 1 | | | Lesson: 9 | | |
| Introduction To Law | 04/24/2023 | 100 | • Constitutional Law Part II | | |
| Contracts Part I | 05/02/2023 | 90 | Lesson: 10 | | |
| Contracts Part II | 05/02/2023 | 95 | • Constitutional Law Part III | | |
| Contracts Part III | 05/12/2023 | 85 | Lesson: 11 | | |
| Lesson: 2 | | | • Legal Research Part I | | |
| Law of Torts Part I | 05/22/2023 | 90 | Lesson: 12 | | |
| Law of Torts Part II | 05/30/2023 | 90 | • Legal Research Part II | | |
| Law of Torts Part III | 05/30/2023 | 95 | Lesson: 13 | | |
| Law of Torts Part IV | 06/05/2023 | 95 | • Employability Skills | | |
| Lesson: 3 | | | Lesson: 14 | | |
| Criminal Law Part I | 06/12/2023 | 95 | • Ethics | | |
| Criminal Law Part II | 06/12/2023 | 100 | | | |
| Lesson: 4 | | | | | |
| Real Property Part I | 06/21/2023 | 85 | | | |
| Real Property Part II | 06/21/2023 | 90 | | | |
| Lesson: 5 | | | | | |
| Real Property Part III | | | | | |
| Real Property Part IV | | | | | |
| Lesson: 6 | | | | | |
| Pleadings in Civil Action Part I | 11/10/2023 | 90 | | | |
| Pleadings in Civil Action Part II | 11/15/2023 | 100 | | | |
| Practice in Civil Actions | 11/15/2023 | 90 | | | |
| Criminal Procedure | 11/20/2023 | 85 | | | |
| Lesson: 7 | | | | | |
| Wills Part I | 10/11/2023 | 85 | | | |
| Wills Part II | 11/10/2023 | 85 | | | |
| Trusts | 11/10/2023 | 100 | | | |
| Lesson: 8 | | | | | |
| Law of Private Corporations | 11/20/2023 | 100 | | | |
| Law of Partnerships Part I | | | | | |
| Law of Partnerships Part II | | | | | |
| Lesson: 9 | | | | | |
| Constitutional Law Part I | | | | | |

Student Average: 92.25%   To Date

This Document Issued: 12/08/2023

As of the date of issue of this document the student has not completed the entire curriculum for this course. This document indicates the student's performance up to the date of issue of this document.

Blackstone Career Institute
By: *Valerie L. Behrle* B.S., M.Ed.
Registrar

DLS
A Direct Learning Systems School

Phone: 610-871-0031 • 800-826-9228 • Fax: 610-871-0034
email: info@blackstone.edu • www.blackstone.edu

EXHIBIT C



# AMERICAN BIBLE ACADEMY

Presents this Certificate to

**Edrisse Michelin**

upon successful completion of

**Christian Doctrine - Vol. 1**

Awarded on 12/19/2023.

ACADEMIC DEAN

REGISTRAR



GRADE REPORT
AMERICAN BIBLE ACADEMY
P.O. BOX 1627
JOPLIN, MO 64802-1627

NAME: **Edrisse Michelin**

STUDENT ID#: 582512

COURSE: **Christian Doctrine - Vol. 1**

DATE: 12/19/2023

EXAM 1: **98**     EXAM 2: **100**     EXAM 3: **99**

FINAL GRADE: **99**     CREDITS: **1**

The grading system used by A.B.A. is as follows:

A+ ..100-99%    B+ ...89-87%    C+ ...79-77%    D+ ...69-67%    F ...59-0%
A  .....98-95%    B  .....86-84%    C  .....76-74%    D  .....66-64%
A- ....94-90%    B- ....83-80%    C- ....73-70%    D- ....63-60%

Please inform us of any changes in your mailing address.
Websites: www.abarc.org • www.arm.org

Case 1:22-cr-20172-KMW Document 44 Entered on FLSD Docket 04/08/2024 Page 9 of 15

Exhibit D



| Individualized Needs Plan - Program Review (Inmate Copy) | SEQUENCE: 02311947 |
|---|---|
| Dept. of Justice / Federal Bureau of Prisons | Team Date: 09-19-2023 |

Plan is for inmate: MICHELIN, EDRISSE 99727-509

| | | | |
|---|---|---|---|
| Facility: | MIL MILAN FCI | Proj. Rel. Date: | 12-02-2025 |
| Name: | MICHELIN, EDRISSE | Proj. Rel. Mthd: | FIRST STEP ACT RELEASE |
| Register No.: | 99727-509 | DNA Status: | OAD13306 / 02-01-2023 |
| Age: | 34 | | |
| Date of Birth: | 09-01-1989 | | |

**Detainers**

| Detaining Agency | Remarks |
|---|---|

NO DETAINER

**Current Work Assignments**

| Facl | Assignment | Description | Start |
|---|---|---|---|

NO ASSIGNMENTS

**Current Education Information**

| Facl | Assignment | Description | Start |
|---|---|---|---|
| MIL | ESL HAS | ENGLISH PROFICIENT | 02-06-2023 |
| MIL | GED HAS | COMPLETED GED OR HS DIPLOMA | 03-20-2023 |

**Education Courses**

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| MIL | C | RPP 4 INSTITUTION A&O | 09-15-2023 | 09-15-2023 |
| OAD | C | ACT WORK KEYS | 05-09-2023 | 07-27-2023 |

**Discipline History (Last 6 months)**

| Hearing Date | Prohibited Acts |
|---|---|

** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS **

**Current Care Assignments**

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 02-01-2023 |
| CARE1-MH | CARE1-MENTAL HEALTH | 02-13-2023 |

**Current Medical Duty Status Assignments**

| Assignment | Description | Start |
|---|---|---|
| C19-T NEG | COVID-19 TEST-RESULTS NEGATIVE | 02-04-2023 |
| NO PAPER | NO PAPER MEDICAL RECORD | 01-30-2023 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 02-01-2023 |
| YES F/S | CLEARED FOR FOOD SERVICE | 02-01-2023 |

**Current Drug Assignments**

| Assignment | Description | Start |
|---|---|---|
| ED COMP | DRUG EDUCATION COMPLETE | 07-07-2023 |
| NR WAIT | NRES DRUG TMT WAITING | 09-13-2023 |

**FRP Payment Plan**

Most Recent Payment Plan

| FRP Assignment: | COMPLT | FINANC RESP-COMPLETED | Start: 04-15-2023 |
|---|---|---|---|
| Inmate Decision: | AGREED | $400.00 | Frequency: SINGLE |
| Payments past 6 months: | | $400.00 | Obligation Balance: $0.00 |

**Financial Obligations**

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $400.00 | $0.00 | IMMEDIATE | COMPLETEDZ |

| Adjustments: | Date Added | Facl | Adjust Type | Reason | Amount |
|---|---|---|---|---|---|
| | 06-05-2023 | OAD | PAYMENT | OUTSIDE | $400.00 |

**FRP Deposits**

Archived as of 09-19-2023   Individualized Needs Plan - Program Review (Inmate Copy)   Page 1 of 3



EXHIBIT E

## FSA Recidivism Risk Assessment (PATTERN 01.03.00)
Register Number: 99727-509, Last Name: MICHELIN

| U.S. DEPARTMENT OF JUSTICE | FEDERAL BUREAU OF PRISONS |
|---|---|
| Register Number: 99727-509 | Risk Level Inmate....: R-LW |
| Inmate Name |   General Level......: R-LW (15) |
|   Last.........: MICHELIN |   Violent Level......: R-LW (8) |
|   First........: EDRISSE | Security Level Inmate: LOW |
|   Middle.......: | Security Level Facl..: LOW |
|   Suffix.......: | Responsible Facility.: MIL |
| Gender.........: MALE | Start Incarceration..: 01/30/2023 |

**PATTERN Worksheet Summary**

| Item | Value | General Score | Violent Score |
|---|---|---|---|
| Current Age | 34 | 21 | 12 |
| Walsh w/Conviction | FALSE | 0 | 0 |
| Violent Offense (PATTERN) | FALSE | 0 | 0 |
| Criminal History Points | 0 | 0 | 0 |
| History of Escapes | 0 | 0 | 0 |
| History of Violence | 0 | 0 | 0 |
| Education Score | HighSchoolDegreeOrGED | -2 | -2 |
| Drug Program Status | NoDAPCompletion | 0 | 0 |
| All Incident Reports (120 Months) | 0 | 0 | 0 |
| Serious Incident Reports (120 Months) | 0 | 0 | 0 |
| Time Since Last Incident Report | N/A | 0 | 0 |
| Time Since Last Serious Incident Report | N/A | 0 | 0 |
| FRP Refuse | FALSE | 0 | 0 |
| Programs Completed | 1 | -3 | -1 |
| Work Programs | 1 | -1 | -1 |
| | Total | 15 | 8 |

**PATTERN Worksheet Details**

Item: Programs Completed, Value: 1
General Score: -3, Violent Score: -1
Risk Item Data
  Category - Assignment - Start - Stop
  DRG    ED COMP    07/07/2023 10:05

---

Item: Work Programs, Value: 1
General Score: -1, Violent Score: -1
Risk Item Data
  Category - Assignment - Start - Stop
  EDC    ACT WRKEYS    05/09/2023 13:49    05/09/2023 13:49

AMERICAN BIBLE ACADEMY CONTACT INFORMATION

Records can be verified at

American Bible Academy
P.O. Box 1627
Joplin, Mo 64802
ww.arm.org
Phone: (417) 781-9100

Exhibit F

EXHIBIT G

```
 MILBA          *         INMATE EDUCATION DATA       *    01-24-2024
 PAGE 001 OF 001 *              TRANSCRIPT            *    13:25:41

 REGISTER NO: 99727-509   NAME..: MICHELIN                 FUNC: PRT
 FORMAT.....: TRANSCRIPT  RSP OF: MIL-MILAN FCI

 ------------------------- EDUCATION INFORMATION ---------------------------
 FACL ASSIGNMENT DESCRIPTION                 START DATE/TIME STOP DATE/TIME
 MIL  ESL HAS    ENGLISH PROFICIENT          02-06-2023 0754 CURRENT
 MIL  GED HAS    COMPLETED GED OR HS DIPLOMA 03-20-2023 1113 CURRENT

 -------------------------- EDUCATION COURSES -----------------------------
 SUB-FACL    DESCRIPTION                  START DATE STOP DATE EVNT AC LV HRS
 MIL LCP     ART OF STORYTELLING (IS)     12-11-2023 CURRENT
 MIL LCP     ARGUMENTATION (IS)           12-11-2023 CURRENT
 MIL LCP     PHOTOGRAPHY (IS)             12-11-2023 CURRENT
 MIL LCP     LCP MON-FRI 12-4 PM          01-22-2024 CURRENT
 MIL LCP     MONDAY NIGHT LCP (A)         01-17-2024 CURRENT
 MIL LCP     THURSDAY NIGHT LCP (A)       01-17-2024 CURRENT
 MIL         OUR NIGHT SKY (IS)           11-17-2023 12-29-2023  P  C  P   6
 MIL         SUPERSTAR STUDENT (IS)       11-29-2023 12-18-2023  P  C  P   6
 MIL         EXPERIENCING HUBBLE (IS)     11-17-2023 12-18-2023  P  C  P   6
 MIL         AUGUSTINE (IS)               11-17-2023 12-18-2023  P  C  P   6
 MIL         THE ADDICTIVE BRAIN (IS)     11-29-2023 12-11-2023  P  C  P   6
 MIL         THINK LIKE ECONOMIST (IS)    11-29-2023 12-11-2023  P  C  P   6
 MIL         RPP 4 INSTITUTION A&O        09-15-2023 09-15-2023  P  C  P   4
 OAD GENPOP  ACT WORK KEYS                05-09-2023 07-27-2023  P  C  P  30




 G0000          TRANSACTION SUCCESSFULLY COMPLETED
```

Hon. Judge Kathleen M. Williams
United States District Court
Southern District of Florida
400 N. Miami Ave
RM 11-3
Miami, FL 33128-1810

RE: Case No. : 1:22-CR-20172-KMW(1)

EDRISSE MICHELIN
Pro Se Petitioner,

v.

UNITED STATES OF AMERICA,
respondent (s)

Dear Clerk of Court:

Please find attached my pro se motion for reduction of Sentence, I am requesting a reduction of Sentence pursuant to the recent amendment to the US Sentencing Guidelines. Enclosed with my motion are supporting documents labeled Exhibits A-G.

Thank you for your kind attention to this matter.

Respectfully,

/s/ _____  Date: 03-29-2024
Edrisse Michelin
Reg.# 99727-509
Pro Se Petitioner

Court Case # 1: 22-CR-20172-KMW (1)

Dear Honorable Judge Kathleen M. Williams

Please consider this letter as a pro-se petition for reduction of sentence, pursuant to the First Step Act, Title 18 USC 3582 (c)(2) USSG Amendment, 2 Point Reduction Zero Criminal History Points.

Comes now, Edrisse Michelin, Pro-Se Petitioner. Petitioner is not a lawyer and does not have access to adequate legal resources. It's the petitioner's understanding that the U.S. Supreme Court has instructed District Courts to construe pro-se motions liberally, since pro-se petitioners do not have access to the same resources as licensed attorneys.

For example, in Haines v. Kerner 404 U.S. 519 (1972), The court stated that allegations by a pro-se complainant, "However unartfully pleaded", are sufficient to warrant an opportunity to offer supporting evidence and should not be dismissed merely due to technical deficiencies in the pleading.

The petitioner implores this Honorable Court to construe his motion on the merits, rather than on the technical presentation. Petitioner moves this Honorable Court to grant his petition for reduction in sentence pursuant to Section 404 of the First Step Act.

According to Petitioner's understanding of Title 18 U.S.C. 3582(c), a court "may modify an imposed term of imprisonment to the extent... expressly permitted by statute." Petitioner believes that this statement grants courts general authority to reduce sentences when authorized by legislation. Further, Section 404 of the First Step Act of 2018 is an example of such authorizing legislation. It states that courts can retroactively "impose a reduced sentence as if sections 2 and 3 of the Fair Sentencing Act of 2010" were in effect when the offense was committed.

Petitioner understands that section 404 explicitly allows retroactive application of certain Fair Sentencing Act reforms.



03-29-25

Edvisse Michelin
49229-509
FCI Milan
P.O. Box 1000
Milan, MI 48160

Clerk of Courts
Southern District of Florida
400 N. Miami Ave
Miami, FL 33128