AO 247 (Rev. 03/19)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)                    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| EDRISSE MICHELIN | ) |
| | ) Case No:  22-CR-20172-WILLIAMS |
| | ) USM No:  99727-509 |
| Date of Original Judgment:      12/06/2022 | ) |
| Date of Previous Amended Judgment:   03/01/2023 | ) Michael Perry Mirer |
| *(Use Date of Last Amended Judgment if Any)* | ) *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

     ☑ **DENIED.**    ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

**Defendant is ineligible for a sentence reduction because he received a sentence below the new amended guideline range.**

Except as otherwise provided, all provisions of the judgment dated _____12/06/2022_____ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: _____7/31/24_____

Effective Date: _____
       *(if different from order date)*

_____
*Judge's signature*

Kathleen M. Williams, United States District Court Judge
*Printed name and title*